No. 73–1160.  Trico Manufacturing Co., Inc. v. Walker.  C. A. 7th Cir.  Certiorari denied.

No. 73–1164.  Deering Milliken Research Corp. v. Duplan Corp. et al.  C. A. 4th Cir.  Certiorari denied.

No. 73–1182.  Franchise Tax Board of California v. Danning.  C. A. 9th Cir.  Certiorari denied.

No. 73–1183.  Weems v. Tennessee.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 73–5457.  Duke et al. v. Texas et al.  C. A. 5th Cir.  Certiorari denied.

No. 73–5529.  Johnson v. United States.  C. A. D. C. Cir.  Certiorari denied.

No. 73–5631.  Heng Awkak Roman et al. v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 73–5643.  Sawyer v. United States.  C. A. 10th Cir.  Certiorari denied.

No. 73–5657.  Daniels v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 73–5669.  McNally v. United States.  C. A. 8th Cir.  Certiorari denied.

No. 73–5678.  Smith v. United States.  C. A. 10th Cir.  Certiorari denied.

No. 73–5692.  Alver et al. v. United States.  C. A. 4th Cir.  Certiorari denied.